# Order

Michigan Supreme Court
Lansing, Michigan

February 24, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129341

IN RE PETITION BY TREASURER OF
WAYNE COUNTY FOR FORECLOSURE

_____

WAYNE COUNTY TREASURER,
      Petitioner,
and

MATTHEW TATARIAN and MICHAEL KELLY,
      Intervening Parties-Appellants,

v

                           SC: 129341
                           COA: 261074
PERFECTING CHURCH,            Wayne CC: 02-220192-PZ
      Respondent-Appellee.

_____/

On order of the Court, the application for leave to appeal the July 11, 2005 order of the Court of Appeals is considered, and it is GRANTED. The parties are DIRECTED to include among the issues to be briefed: (1) whether the trial court retained jurisdiction to grant relief from the judgment of foreclosure pursuant to MCR 2.612(C), notwithstanding the provisions of MCL 211.78l(1) and (2); and (2) whether MCL 211.78l permits a person to be deprived of property without being afforded due process. Persons or groups interested in the determination of the questions presented in this case may move the Court for permission to file briefs amicus curiae.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2006

d0221

_____
Clerk